UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RAY | Case No. 1:25-cv-01439-EPG |
| Plaintiff, | ORDER RE: VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) WITH PREJUDICE |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY. | (ECF No. 20). |
| Defendant. | |

On June 2318, 2026, Plaintiff Andrew Ray filed a stipulation of dismissal of this case pursuant to Rule 41(a)(1)(A)(ii). (ECF No. 20). The stipulation provides the following:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that a plaintiff may dismiss an action without court order by filing "a stipulation of dismissal signed by all parties who have appeared".

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, that Plaintiff voluntarily dismisses the above-referenced action.  Each party agrees to bear their own attorney fees, costs, and expenses associated with the action.

(*Id.*)

In light of the Plaintiff's filing, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice with each party to bear their own fees, costs and expenses.

**IT IS SO ORDERED.**

**DATED:   June 24, 2026**      /s/ *Erin P. Grosjean*

**UNITED STATES MAGISTRATE JUDGE**

1